## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (KJC) |
| Debtors. | (Jointly Administered) |
| WOODBRIDGE GROUP OF COMPANIES, LLC and ELDREDGE INVESTMENTS, LLC, | |
| Plaintiffs, | Adversary Proceeding No. 19-50102 (KJC) |
| vs. | |
| MONSOON BLOCKCHAIN STORAGE, INC., | **Ref. Docket No.** 3 |
| Defendant. | |

**ORDER APPROVING THE DEBTORS' MOTION, PURSUANT TO SECTIONS 105(a) AND 107(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9018, FOR AN ORDER AUTHORIZING THEM TO FILE UNDER SEAL CERTAIN CONFIDENTIAL INFORMATION ATTACHED AS EXHIBIT E TO THEIR *ADVERSARY COMPLAINT FOR (I) DECLARATORY JUDGMENT REGARDING OWNERSHIP OF FUNDS HELD IN ESCROW; AND (II) TURNOVER OF SUCH PROPERTY AS PROPERTY OF THE ESTATE***

Upon the *Debtors' Motion, Pursuant to Sections 105(a) and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, for an Order Authorizing Them to File under Seal Certain Confidential Information Attached as Exhibit E to their Adversary Complaint for (I) Declaratory Judgment Regarding Ownership of Funds Held in Escrow; and (II) Turnover of Such Property*

---

[1]       The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of such information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

*as Property of the Estate* (the "Seal Motion")[2] filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and this Court having found that it has jurisdiction to consider the Seal Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that venue of these cases and the Seal Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that it may enter a final order consistent with Article III of the United States Constitution; and it appearing that notice of the Seal Motion has been given as set forth in the Seal Motion and that such notice is adequate and no other or further notice need be given; and this Court having found and determined that the relief sought in the Seal Motion is ~~in the best interests of the Debtors, their estates, their creditors and all other parties in interest; and that the legal and factual bases set forth in the Seal Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;~~ *unwarranted)*

IT IS HEREBY ORDERED THAT:

1.      The Seal Motion is ~~GRANTED as set forth herein.~~ DENIED.

2.      The Debtors are authorized to file the Confidential Information ~~under seal.~~ *without any redaction.*

~~3.      The Confidential Information shall not be made available to anyone, except to the Court, the U.S. Trustee, counsel to the Defendant, counsel to the Committee, counsel to the Noteholder Group, counsel to the Unitholder Group, and other parties as otherwise ordered or required by the Court.~~

---

[2]      All capitalized terms used and not defined herein shall have the meanings ascribed to them in the Seal Motion.

~~4.       Any subsequent pleadings or filings that attach the Confidential Information or make reference to the information contained therein shall also be filed under seal and/or redacted to preserve the confidentiality of such information.~~

3.        The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4.        The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5.        This Court shall retain jurisdiction and power with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: _____, 2019
         Wilmington, Delaware

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

01:24166830.2