**MONSOON BLOCKCHAIN STORAGE, INC.**
2877 Paradise Road
Unit 702
Las Vegas, Nevada 89109
347-742-2824
Email: cmbasile@monsooncoin.com

FILED
2020 SEP -4 AM 9: 54
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Via Federal Express                                                                 September 3, 2020

Hon. Brendan Linehan Shannon
United States Bankruptcy Court
824 North Market Street
6th Floor
Wilmington Delaware, 19801

Re: Woodbridge Wind-down Entity, LLC and WB 714 Oakhurst, LLC v. Monsoon Blockchain Storage, Inc. : Case No. 17-12560(BLS), Adversary proceeding no. 19-50102 (BLS)

Honorable Sir:

I am the CEO of Monsoon Blockchain Storage, Inc. the defendant in the above captioned action. By order of this Court dated August 27, 2020 our legal counsel was given leave to withdraw from the case. Pursuant to a Stipulation dated August 26, 2020 our time to answer or otherwise respond to the complaint, was extended to September 9, 2020. However, we have not yet been able to retain new counsel and it is unlikely that we will be able to do so in time to file our answer by September 9, 2020.

Accordingly, we are requesting that the Court extend our time to answer to October 2, 2020 so that we may retain new counsel and file an answer.

Respectfully submitted,

Christopher M. Basile, CEO
Monsoon Blockchain Storage, Inc.

CC: Pachulski Stang Ziehl & Jones, LLP
     919 North Market Street 17th floor
     P.O. Box 8705
     Wilmington Delaware, 19899
     KTBS Law LLP
     1999 Avenue of the Stars, 39th floor
     Los Angeles, California, 90067
     Counsels for the Plaintiff