## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| WOODBRIDGE WIND-DOWN ENTITY, LLC and WB 714 OAKHURST, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>MONSOON BLOCKCHAIN STORAGE, INC.,<br><br>Defendant. | Adversary Proceeding<br>No. 19-50102 (JKS) |

## **STIPULATION REGARDING APPOINTMENT OF MEDIATOR**

Pursuant to this Court's June 16, 2021, scheduling order [Adv. Docket No. 79] (the "Scheduling Order"), plaintiffs Woodbridge Wind-Down Entity, LLC and WB 714 Oakhurst, LLC, and defendant Monsoon Blockchain Storage, Inc., stipulate as follows:

1.  Mark E. Felger, Esquire, of Cozen O'Connor. shall be appointed as the mediator (the "Mediator") in this adversary proceeding.

2.  The mediation between the parties shall proceed in accordance with the Scheduling Order and the deadlines set forth therein and shall be conducted in accordance with

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and/or otherwise as may be agreed by the parties and the Mediator. The parties will select a date for commencement of the mediation.

| | |
|---|---|
| Dated: July 16, 2021<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Colin R. Robinson*<br>Richard M. Pachulski (CA Bar No. 90073)<br>Andrew W. Caine (CA Bar No. 110345)<br>Bradford J. Sandler (DE Bar No. 4142)<br>Colin R. Robinson (DE Bar No. 5524)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 (Courier 19801)<br>Telephone: 302-652-4100<br>Fax: 302-652-4400<br>Email: rpachulski@pszjlaw.com<br>　　　　acaine@pszjlaw.com<br>　　　　bsandler@pszjlaw.com<br>　　　　crobinson@pszjlaw.com<br><br>-and-<br><br>KTBS Law LLP (f/k/a KLEE, TUCHIN, BOGDANOFF & STERN LLP)<br>Kenneth N. Klee (*pro hac vice*)<br>Michael L. Tuchin (*pro hac vice*)<br>David A. Fidler (*pro hac vice*)<br>Jonathan M. Weiss (*pro hac vice*)<br>1801 Century Park East, 26th Floor<br>Los Angeles, California 90067<br>Tel:　(310) 407-4000<br>Fax:　(310) 407-9090<br><br>*Counsel to the Plaintiffs*<br><br>and |

2

Dated: July 16, 2021       COOPER LEVENSON, P.A.
       Wilmington, Delaware

*/s/ Edward A. Corma*
Edward A. Corma (DE Bar No. 6718)
30 Fox Hunt Drive
Bear, DE 19701
Tel: (302) 838-2600
Fax: (302) 838-1942
Email: ecorma@cooperlevenson.com

*Counsel to the Defendant*