# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | : | Case No. 17-12560 (BLS) |
| Remaining Debtors. | : | (Jointly Administered) |
| WOODBRIDGE WIND-DOWN ENTITY, LLC and WB 714 OAKHURST, LLC, | : | Adversary Proceeding No. 19-50102 (BLS) |
| Plaintiffs, v. | : | |
| MONSOON BLOCKCHAIN STORAGE, INC., | : | |
| Defendant. | : | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE THAT on July 7, 2021, Defendant, Monsoon Blockchain Storage, Inc., served Defendant's First Request for Production of Documents and First Set of Interrogatories to Plaintiffs, Woodbridge Wind-Down Entity, LLC and WB 714 Oakhurst, LLC upon the party listed below via Electronic Mail:

Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
crobinson@pszjlaw.com

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

|  |  |  |
|---|---|---|
|  |  | COOPER LEVENSON, P.A.<br>Attorneys for Defendant |
| Dated: July 19, 2021 | By: | /s/ Edward A. Corma<br>Edward A. Corma, Esq. (No. 6718)<br>COOPER LEVENSON, P.A.<br>30 Fox Hunt Drive<br>Bear, DE 19701<br>(302) 838-2600; Fax: (302) 838-1942<br>ecorma@cooperlevenson.com |