

30 Fox Hunt Drive, Unit 30
Fox Run Shopping Center
Bear, DE 19701
Phone (302) 838-2600
Toll Free (800) 529-3161
Fax (302) 838-1942
www.cooperlevenson.com

**EDWARD A. CORMA**
Also Admitted to PA and DE Bar
EMAIL: ecorma@cooperlevenson.com

Direct Phone (856) 857-5550
Direct Fax (856) 857-5551

FILE NO. 63172/00001

September 29, 2021

The Honorable J. Kate Stickles
**VIA ECF**

Re:   Woodbridge Group of Companies, LLC v. Monsoon Blockchain Storage, Inc.
      Adversary Proceeding No. 19-50102-JKS

Dear Judge Stickles:

As counsel for Defendant, Monsoon Blockchain Storage, Inc., in the above-referenced adversary proceeding, we wish to advise Your Honor that the parties have agreed to conduct mediation with Mr. Felger on October 25, 2021. Currently pending before Your Honor is Plaintiff's Motion for Summary Judgment. We respectfully request that any ruling, hearing, or oral argument on the pending motion be scheduled for a date after the parties have concluded mediation.

        Respectfully submitted,

        /s/ Edward A. Corma
        Edward A. Corma

        /s/ William P. Rubley
        William P. Rubley (*pro hac vice*)

EAC
cc:   Colin R. Robinson (counsel for Plaintiff)

CLAC 6582208.1