

PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY
HOUSTON, TX

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE:** 302/652 4100
FACSIMILE: 302/652 4400

LOS ANGELES
10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE:** 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE:** 415/263 7000
FACSIMILE: 415/263 7010

NEW YORK
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE:** 212/561 7700
FACSIMILE: 212/561 7777

TEXAS
440 LOUISIANA STREET
SUITE 900
HOUSTON
TEXAS 77002

**TELEPHONE:** 713/691-9385
FACSIMILE: 713/691-9407

WEB: www.pszjlaw.com

Colin Robinson

October 6, 2021

crobinson@pszjlaw.com

**VIA ECF**
The Honorable J. Kate Stickles
United States Bankruptcy Court
for the District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

Re: **Woodbridge Wind-Down Entity, LLC, et al. v. Monsoon Blockchain Storage, Inc., Adv. Proc. No. 19-50102**

Dear Judge Stickles:

We write in response to Defendant's letter of September 29, 2021 [Docket No. 105], which requests that the Court defer ruling on Plaintiffs' pending motion for summary judgment [Docket No. 90] until after the parties conclude their mediation scheduled for October 25, 2021.

Plaintiffs respectfully submit that the scheduled mediation should not bear on the timing of the Court's consideration or disposition of the motion. Neither party has requested oral argument, as the facts and legal issues are exceedingly straightforward. And if the Motion is resolved prior to October 25, there will nonetheless still be a need for mediation given the substantial issue of attorneys' fees.

Accordingly, Plaintiffs respectfully submit that the Court should resolve the pending motion in the ordinary course and without regard to the timing of any mediation.

Respectfully submitted,

*/s/ Colin R. Robinson*

Colin R. Robinson, Esquire
DE Bar No. 5524

CRR/tdt

DOCS_DE:236372.1 94811/003