IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WOODBRIDGE GROUP OF COMPANIES, LLC, et al,[1] <br><br> Remaining Debtors. | Chapter 11 <br><br> Case No. 17-12560 (JKS) <br><br> (Jointly Administered) |
| WOODBRIDGE GROUP OF COMPANIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MONSOON BLOCKCHAIN STORAGE, INC., <br><br> Defendant. | Adv. Proc. No. 19-50102 (JKS) |

### (AMENDED) MEDIATOR'S CERTIFICATION OF COMPLETION

The undersigned mediator reports that a mediation session was held by Zoom on October 25, 2021 at 10:00 a.m. ET, and the matter has been resolved in the following manner (*complete applicable provisions)*:

    (a)    The following individuals participated:

        (1)    Parties (name and capacity):

        Mark Kemper- Chief Operating Officer and Chief Investment Officer - Representative for Plaintiff
        Donald Basile - Representative for Defendant

        (2)    Counsel (name and party representing)

        Robert Pfister, Esq. of KTBS Law LLP - Counsel for Plaintiff
        Michael Tuchin, Esq. of KTBS Law LLP - Counsel for Plaintiff

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund I, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

        Jonathan Weiss, Esq. of KTBS Law LLP - Counsel for Plaintiff
        Colin Robinson, Esq. of Pachulski Stang Ziehl & Jones LLP - Counsel for Plaintiff
        William Rubley, Esq. of Cooper Levenson PA - Counsel for Defendant
        Eric Browndorf, Esq. of Cooper Levenson PA - Counsel for Defendant

(b)    The following parties failed to appear and/or participate as ordered: N/A

(c)    The outcome of the mediation conference was:

    __X__    The matter has been completely resolved through mediation.

    _____    The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

    _____    The following issues remain for this court to resolve:
    _____    The matter has not been resolved and should proceed to trial.
    _____    OTHER:

Dated:    November 11, 2021    By:  /s/ Mark E. Felger
                                                Mark E. Felger (No. 3919)
                                                Chase Manhattan Centre
                                                1201 N. Market Street, Suite 1001
                                                Wilmington, DE 19801
                                                Phone: (302) 295-2000